# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTONIO ADVINCULA,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, *et al.*,

    Defendants.

Case No. 2:07-cv-00517-LDG (PAL)

**ORDER**

    The defendant, Allstate Insurance Company, moves for sanctions (#27), including dismissal of this action. The Magistrate Judge has filed a report (#29), recommending that the motion be granted and this matter be dismissed without prejudice. The plaintiff, Antonio Advincula, has not objected to the recommendation. Accordingly, for the reasons set forth in the Report and Recommendation,

    THE COURT **ADOPTS** the Report and Recommendation;

    THE COURT **ORDERS** that Defendant's Motion for Sanctions (#27) is GRANTED;

    THE COURT FURTHER **ORDERS** that this matter is DISMISSED without prejudice.

DATED this 22 day of August, 2008.

_____
Lloyd D. George
United States District Judge